# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NELSON TORRES-DELGADO**  *Plaintiff*,  v.  **ANGEL LUIS ADAN, WARDEN, et al.**,  *Defendants*. | Civ. No. 24-01054 (MAJ) |

## JUDGMENT

In accordance with the Order entered on this same date (**ECF No. 47**), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of June, 2025.

*/s/ María Antongiorgi-Jordán*
**MARIA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**